FILED
APR 24 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-115 |
| TAL PRIHAR<br>MICHAEL PHAN<br>d/b/a DEEPDOTWEB, | [UNDER SEAL] |
| Defendants. | |

ORDER

AND NOW, to wit, this 24th day of April, 2019, upon consideration of the Motion to Seal Indictment and Arrest Warrants, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrants issued pursuant to the Indictment, together with the Motion to Seal and this Order, are hereby SEALED until further Order of Court and no person shall disclose the return of the Indictment except when necessary for the issuance and execution of the Arrest Warrants.

IT IS FURTHER ORDERED that the Clerk of Court shall provide certified copies of the sealed Indictment and Arrest Warrants to the United States Attorney's Office, for dissemination to law enforcement and governmental personnel in the United States, and in any other country in which the defendants may be located, and the International Criminal Police Organization (INTERPOL) and the European Union Agency for Law Enforcement Cooperation (EUROPOL), for purposes of initiating and effectuating arrest, detention, removal and/or extradition proceedings against the defendants.

_Maureen P. Kelly_
UNITED STATES MAGISTRATE JUDGE

cc: Jessica Lieber Smolar, AUSA