FILED

APR 24 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-115 |
| TAL PRIHAR<br>MICHAEL PHAN<br>d/b/a DEEPDOTWEB, | [UNDER SEAL] |
| Defendants. | |

## MOTION TO REDACT

AND NOW comes the United States of America by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said District and respectfully moves the Court to issue an Order directing that the foreperson's signature be redacted from the Indictment filed publicly on the Court's Electronic Case Filing system. The Government makes this request to protect the anonymity of the foreperson of the grand jury, pursuant to Rule 49.1(e)(1) of the Federal Rules of Criminal Procedure. Good cause is shown as this is a case charging the defendants with a massive criminal conspiracy involving numerous foreign actors on the Darkweb.

The Government further requests that this Motion and Order be sealed pending further Order of Court.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406