**FILED**

APR 24 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

TAL PRIHAR
MICHAEL PHAN
d/b/a DEEPDOTWEB,

Defendants.

Criminal No. 19-115

[UNDER SEAL]

## ORDER

AND NOW, to wit, this 24th day of April, 2019, upon consideration of the Motion to Redact, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED. The signature of the foreperson of the grand jury shall be and hereby is redacted from any indictment filed in this matter. The Clerk of Court shall maintain the original signature of the foreperson under seal.

IT IS FURTHER ORDERED that this Motion and Order to Redact is hereby SEALED until further Order of Court.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney