19-115

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh ✓     Erie _____     Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ✓ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: TAL PRIHAR

Is indictment waived: ____ Yes    ✓ No

Pretrial Diversion: ____ Yes    ✓ No

Juvenile proceeding: ____ Yes    ✓ No

Defendant is: ✓ Male    ____ Female

Superseding indictment or information ____ Yes    ✓ No

Previous case number: _____

If superseding, previous case was/will be:

    ____ Dismissed on defendant's motion
    ____ Dismissed on governments' motion
    ____ After appellate action
    ____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ____ is in custody | ✓ is not in custody |
| Name of Institution: | | |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ✓ no |
| Date detainer filed: | | |
| Total defendants: | 2 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | TAL PRIHAR | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | ✓ |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: APR 2 4 2019

JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406