19-115

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh  ✓        Erie _____        Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ✓ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: MICHAEL PHAN

Is indictment waived:              ____ Yes      ✓ No

Pretrial Diversion:                ____ Yes      ✓ No

Juvenile proceeding:               ____ Yes      ✓ No

Defendant is:                      ✓ Male        ____ Female

Superseding indictment or information   ____ Yes   ✓ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody   ✓ is not in custody

Name of Institution: _____

Custody is on: ____ this charge   ____ another charge

____ another conviction

____ State   ____ Federal

Detainer filed: ____ yes   ✓ no

Date detainer filed: _____

Total defendants: 2

Total counts: 1

Data below applies to defendant No.: 2

Defendant's name: MICHAEL PHAN

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | ✓ |

### FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: APR 24 2019

JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406