IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED

APR 24 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAL PRIHAR<br>MICHAEL PHAN<br>d/b/a DEEPDOTWEB,<br><br>Defendants. | Criminal No. 19-115<br><br>[UNDER SEAL] |

MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants TAL PRIHAR and MICHAEL PHAN, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with 18 U.S.C. § 1956(h).

Recommended bond: Detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: _____
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406