IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAL PRIHAR<br>MICHAEL PHAN<br>d/b/a DEEPDOTWEB,<br><br>Defendants. | Criminal No. 19-115 |

## MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to said Indictment. In further support of this Motion, the United States avers as follows:

1. On April 24, 2019, an Indictment was returned by the grand jury charging the above-named defendants with violating Title 18, United States Code, Section 1956(h). Arrest Warrants were issued pursuant to said Indictment.

2. On April 24, 2019, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3. On May 6, 2019, the defendants were apprehended and taken into custody.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrants issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to the Indictment.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: /s/
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 203965