IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 2:19-CR-00115-DWA |
| | ) | |
| TAL PRIHAR | ) | |

**NOTICE OF ENTRY OF APPEARANCE OF MICHAEL A. COMBER**

To the Clerk of Court and all Parties of Record:

Kindly enter my appearance for Defendant, Tal Prihar, in the above captioned action.

          Respectfully submitted,

          */s/  Michael A. Comber*
          PA ID No. 81951
          REISINGER COMBER & MILLER, LLC
          300 Koppers Building
          436 Seventh Avenue
          Pittsburgh, PA  15219
          412-894-1380
          412-291-2109 (fax)
          mcomber@reisingercomber.com
Dated: October 19, 2020          Attorney for Defendant, Tal Prihar