IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 2:19-CR-00115-DWA |
| | ) | |
| TAL PRIHAR | ) | |

**<u>NOTICE OF ENTRY OF APPEARANCE OF S. WESLEY GORMAN</u>**

To the Clerk of Court and all Parties of Record:

Kindly enter my appearance for Defendant, Tal Prihar, in the above captioned action.

                                                    Respectfully submitted,

                                                  */s/  S. Wesley Gorman*
                                                  PA ID No. 325565
                                                  REISINGER COMBER & MILLER, LLC
                                                  300 Koppers Building
                                                  436 Seventh Avenue
                                                  Pittsburgh, PA  15219
                                                  412-894-1380
                                                  412-291-2109 (fax)
                                                  [wgorman@reisingercomber.com](mailto:wgorman@reisingercomber.com)
Dated: October 19, 2020                       Attorney for Defendant, Tal Prihar