UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 2:19-CR-00115-DWA |
| | : | |
| **TAL PRIHAR,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorneys, Scott W. Brady, the United States Attorney for the Western District of Pennsylvania, and C. Alden Pelker, Trial Attorney for the United States Department of Justice, respectfully advises the Court that the undersigned attorney, C. Alden Pelker, is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:   /s/ *C. Alden Pelker*
C. ALDEN PELKER
Maryland Bar
Trial Attorney
U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington DC, 20005
(202) 616-5007
(202) 514-6113 (facsimile)
Catherine.Pelker@usdoj.gov