## RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| Tal Prihar | CRIMINAL DOCKET NUMBER | 19-cr-115 |
| | DATE OF INDICTMENT | 4/24/19 |
| | STATUTE: | 18:1956 |

DATE ARRESTED: 0

### INITIAL APPEARANCE

| Before Magistrate | [ ] LENIHAN [✓] DODGE [ ] KELLY | [ ] EDDY [ ] LANZILLO [ ] PESTO | Date: 10/20/20  Time: 3:47 pm – 3:53 pm | Tape Index: 3:47 pm |
|---|---|---|---|---|

U.S. ATTORNEY: Jessica Smolar

**1. RIGHTS EXPLAINED**

**2. COMPLAINT/INDICTMENT/INFORMATION:**
- [ ] Read  [✓] Summarized  [✓] Reading waived — By Video *consented
- [✓] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
- [ ] Read  [✓] Summarized  [ ] Reading waived

**4. COUNSEL**
- [ ] Defendant requested appointment   [ ] Defendant waived appointment
- [ ] Defendant represented by: _____
- [✓] Defendant expects to retain: Michael Comber
- [ ] Affidavit executed.
- [ ] Not Qualified  [ ] Qualified  [ ] with possible requirement for partial or full payment
- [ ] Federal Public Defender appointed
- [ ] CJA Panel Attorney _____ appointed

**5. BAIL**
- Recommended Bond: Detention
- Bond Set at:
- [ ] By Consent    [ ] Additional Conditions Imposed: _____
- [ ] By Magistrate
- [ ] Bond Posted
- [✓] Temporary Commitment issued    [ ] Final Commitment issued
- Bond Review Hearing Set For:
- Detention Hearing Set For: Waived

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary Exam/Rule 40/Arraignment ~~set~~ for: held: 10/20    Before Magistrate Dodge

ADDITIONAL COMMENTS: