IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )   Cr. No. 19-cr-115
) District Judge Ambrose
vs )   Magistrate Judge Dodge
)
Tal Prihar )
)

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Michael Comber                  By Video
Government: Jessica Lieber Smolar
                                                 Time: 3:47 pm – 3:53 pm

1. Date of Arraignment: 10/20/20
2. Defendant is:  __X__ incarcerated.
                  _____ on bond.
3. Defendant entered a plea of NOT GUILTY.
4. The parties were advised that all pretrial motions must filed within fourteen (14) days.
5. A Rule 16 conference: __X__ has been held.
                         _____ has not been held.
6. Discovery is  _____ completed   __X__ not completed.
7. Defendant has requested to be tried by: __X__ Jury
                                           _____ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   _____ has not been scheduled for trial.
   __X__ has not been scheduled for trial, but will be notified.
9. Estimated trial length: 5 days / 2 days
10. Defendant: __X__ has been processed by U.S. Marshal.
              _____ has not been processed by U.S. Marshal, but has been advised to be processed.

_____
United States Magistrate Judge