IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-115 |
| v. | |
| TAL PRIHAR | [UNDER SEAL] |

ARRAIGNMENT PLEA

Defendant TAL PRIHAR

being arraigned, pleads __NOT GUILTY__

in open Court this __20th__ day of

__October__, 20 __20__

__Tal Prihar__
(Defendant's Signature)

__Michael Comber__
(Attorney for Defendant)

Signed by Judge Dodge
with consent