IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-115 |
| TAL PRIHAR | |

## RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

    -Interview of Defendant in Dread on or about November 2019 (attached).

    -Emails of Defendant (to be provided at FBI).

2. Grand Jury testimony of the defendant. Specify:

    None.

3. Defendant's prior criminal record attached.

    ☒ Yes  ☐ No

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

    **Discovery is voluminous and will be provided for review at FBI at a mutually convenient time. Please contact Assistant United States Attorney Jessica**

Lieber Smolar at (412) 894-7419 to arrange to view all relevant computer evidence.

5. Reports of relevant physical or mental examinations and scientific tests. Specify:

None.

6. As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant. The following exculpatory material is being disclosed at this time:

None.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney


*s/ Jessica Lieber Smolar*
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney

10/20/20
Date


Receipt acknowledged by:

_____
Counsel for Defendant

10/21/20
Date

Original to Magistrate
Copy for Defendant and USA