# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | No. 2:19-CR-0015-DWA |
| : | |
| **TAL PRIHAR,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorneys, Scott W. Brady, the United States Attorney for the Western District of Pennsylvania, and Alexander Gottfried, Trial Attorney for the United States Department of Justice, respectfully advises the Court that the undersigned attorney, Alexander Gottfried, is entering his appearance as co-counsel in this matter on behalf of the United States.

                              Respectfully submitted,

                              SCOTT W. BRADY
                              United States Attorney

By:    /s/ *Alex Gottfried*
           ALEXANDER GOTTFRIED
           New York Bar
           Trial Attorney
           U.S. Department of Justice
           1301 New York Ave., N.W., Suite 700
           Washington DC, 20005
           (202) 615-1286
           (202) 616-0878 (facsimile)
           Alexander.Gottfried@usdoj.gov