# IN THE UNITED STATES DISTRICT COURT
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. _____19-115_____ |
| | ) | |
| TAL PRIHAR, | ) | |
| | ) | |
| Defendant. | ) | |

**TYPE OF CONFERENCE/HEARING:**___Telephone Conference_____

Before Judge Ambrose

Appearance for USA:        Jessica Lieber Smolar and Alex Gottfried
Appearance for Defendant:   Michael Comber and Wes Gorman


Hearing begun: 11/2/2020 at 9:25 a.m.
Hearing concluded: 11/2/2020 at 9:35 a.m.
Stenographer:  None
Clerk: Sherry Halfhill

Discussed status of case.

Defendant to file a Motion to Extend Pretrial Motions Deadline through 1/13/21.
Government does not object.

Telephone Conference set for January 11, 2021 at 9:30 a.m.