IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:19-CR-00115-DWA |
| | ) | |
| TAL PRIHAR | ) | |

**MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

Defendant Tal Prihar, through counsel, respectfully files this Motion for Extension of Time to File Pretrial Motions, requesting an extension to January 13, 2021. In support thereof, counsel states:

1. Defendant is charged with conspiracy to commit money laundering and was arraigned on October 20, 2020.

2. Days before the arraignment, Defendant first arrived in the United States by extradition. The allegations are complex, cyber in nature, and international, and both defendant and his counsel need additional time to investigate them, review discovery materials, and discuss the case with an eye toward pretrial motions.

3. For these reasons, counsel respectfully requests additional time to evaluate and, if necessary, file pretrial motions until January 13, 2021.

4. The United States, through Assistant United States Attorney Jessica Lieber Smolar, consents to the granting of this motion.

WHEREFORE, Defendant requests that the motion to extend time for filing pretrial motions be granted, and that the time for filing such motions be extended to January 13, 2021.

                                                Respectfully submitted,

*/s/  Michael A. Comber*
Michael A. Comber
PA ID No. 81951
S. Wesley Gorman
PA ID No. 325565
REISINGER COMBER & MILLER, LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219
412-894-1380
412-291-2109 (fax)
mcomber@reisingercomber.com

Dated:  November 2, 2020                    Attorneys for Defendant, Tal Prihar