IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:19-CR-00115-DWA |
| | ) | |
| TAL PRIHAR | ) | |

**ORDER**

AND NOW, this 3rd day of November, 2020, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion for an Extension of Time to File Pretrial Motions is hereby granted. Pretrial Motions are due no later than January 13, 2021.

IT IS FURTHER ORDRED that the extension of time caused by this continuance be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. §3161(h)(7)(B)(iv).

BY THE COURT:

_/s/ Donetta F. Ambrose_
United States District Judge