# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 19-115 |
| | ) |
| TAL PRIHAR, | ) |
| Defendant. | ) |

**TYPE OF HEARING:** ___Telephone Conference_____
Before Judge Ambrose

__ Jessica Smolar _____       _____ Michael Comer _____
_____       ____ Stephen Wesley Gorman _____
Appear for USA                     Appear for Defendant

Hearing begun:  _9:30 am 1/11/2021_____     Court Reporter:_____none_____

Hearing concluded:  9:35 am__1/11/2021_____  Clerk:
                                              Susan Schupansky

Case status Discussed.

Defense counsel shall file a motion to extend pretrial motions deadlines through 3/15/2021.

A telephone conference will be held on 3/8/2021 at 9:30 am.