IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  NO. 2:19-CR-00115-DWA |
| | ) |
| TAL PRIHAR | ) |

**ORDER**

AND NOW, to wit- this _____ day of _____, 2021, it is hereby ORDERED, ADJUDGED and DECREED that said Motion be and is hereby granted.

IT IS FURTHER ORDERED that the extension of time caused by this continuance be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 et seq.  Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. §3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 13 are due on or before March 15, 2021.

BY THE COURT:

_____
United States District Judge