# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | ) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| vs. | ) No.    19-115 |
|  | ) |
| TAL PRIHAR | ) |
|  | ) |
| Defendant. | ) |

**TYPE OF CONFERENCE/HEARING:**   Telephone Conference

Before Judge Ambrose

| Jessica Lieber Smolar & Catherine Pelker | Michael Comber      & Stephen Gorman |
|---|---|
| Appear for USA | Appear for Defendant |

Hearing begun: 3/8/2021 at 9:25 a.m.
Hearing concluded: 3/8/2021 at  9:35 a.m.
Stenographer:  none
Clerk: Carolyn Allen

Discussed status of case. Defendant to file Motion for Extension of Time for filing
Pretrial Motions through  4/15/21. Telephone Conference for 4/12/21 at 9:00 a.m.