IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   NO. 2:19-CR-00115-DWA |
| | ) |
| TAL PRIHAR | ) |

**MOTION FOR EXTENSION OF TIME**
**TO FILE PRETRIAL MOTIONS**

Defendant Tal Prihar, through counsel, respectfully files this Motion for Extension of Time to File Pretrial Motions, requesting an extension to April 15, 2021.  In support thereof, counsel states:

1.      Defendant is charged with conspiracy to commit money laundering and was arraigned on October 20, 2020.  Pretrial motions are currently due on March 15, 2021.

2.      The allegations are complex, cyber in nature, and international, and defendant and his counsel need a short period of additional time to continue to investigate them, review discovery materials, and discuss the case with an eye toward pretrial motions and/or potential resolution of the case, which could impact the timing or types of any pretrial motions.

3.      For these reasons, counsel respectfully requests a short period of additional time to evaluate and, if necessary, file pretrial motions until April 15, 2021.

4.      The United States, through Assistant United States Attorney Jessica Lieber Smolar, consents to the granting of this motion.

WHEREFORE, Defendant respectfully requests that this Motion For Extension Of Time To File Pretrial Motions be granted, and that the time for filing such motions be extended to April 15, 2021.

Respectfully submitted,

Dated: March 8, 2021

_____
S. Wesley Gorman, Esquire
PA ID No. 325565
Michael A. Comber, Esquire
PA ID No. 81951
Reisinger Comber & Miller, LLC
436 Seventh Avenue
Pittsburgh, PA  15219-1827
(412) 894-1380
mcomber@reisingercomber.com

Attorneys For Defendant Tal Prihar