UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 19-115 |
| | ) |
| TAL PRIHAR | ) |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the Western District of Pennsylvania, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

STEPHAN R. KAUFMAN
Acting United States Attorney


By:   *s/ Jessica Lieber Smolar*
      JESSICA LIEBER SMOLAR
      Assistant United States Attorney
      PA ID No. 65407

Dated: March 15, 2021

2