IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 19-115-1 |
| v. | ) |
| TAL PRIHAR, | ) |
| Defendant. | ) |

## ORDER OF COURT

And now, this 24th day of March, 2021, upon due consideration of the instant Motion to Conduct Change of Plea Hearing By Videoconference, and upon the request and consent of the Defendant, the Court finds and concludes that, for the reasons stated in the Motion, the Change of Plea Hearing in this case cannot be further delayed without substantial harm to the interests of justice. Therefore, Defendant's Change of Plea Hearing shall be conducted via videoconference and will occur as previously scheduled on March 31, 2021, at 9:00 AM. The instructions to connect to the change of plea hearing by video will be distributed via email to all counsel of record prior to the hearing. The Court will make arrangements with the detention center for the defendant to appear by video.

*[signature]*

Honorable Donetta W. Ambrose
United States District Judge