# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal No. 19-115-1 |
| TAL PRIHAR, | ) |
| Defendant. | ) |

## HEARING ON CHANGE OF PLEA

Before Judge Ambrose

| | |
|---|---|
| Jessica Smolar | Michael Comber |
| Alexander Gottfried | |
| Catherine Pelker | Wesley Gorman |
| Appear for USA | Appear for Defendant |

Hearing begun: 9:00 am 3/31/2021   Stenographer: Amanda Williamson

Hearing concluded: 10:05 am 3/31/2021   Clerk: Susan Schupansky

Defendant sworn.
Defendant found competent.
Defendant knowingly and voluntarily pleads guilty to Count 1 of the Indictment.
Judgment of guilty entered.
Sentencing order to follow.