IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIM. NO. |
| | ) |
| | ) |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Administrative Order 20-mc-466, this Court finds:

\_\_\_\_\_ For specific reasons that the proceeding(s) cannot be further delayed without serious harm to the interests of justice; and

_____

_____

\_\_\_\_\_ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

\_\_\_\_\_ Video Teleconferencing

\_\_\_\_\_ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   \_\_\_\_\_ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   \_\_\_\_\_ Other:

_____

_____

Date:                                                   *Anetta F. Ambrose*