IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          )
                                   )
          vs.                      )          Criminal No. 19-115-1
                                   )
TAL PRIHAR,                        )
                                   )
          Defendant.               )

AMBROSE, Senior District Judge

## CHANGE OF PLEA

AND NOW, the Defendant in the above-captioned case hereby withdraws his plea of not guilty entered on October 20, 2020, , and now pleads guilty in open court this March 31, 2021, to Count 1 of the Indictment.



_____
Defendant

_____
Attorney for Defendant