IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-115 |
| TAL PRIHAR | |

**PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST TAL PRIHAR**

AND NOW, this  28th  day of  April , 2021, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture against Tal Prihar, it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title, and interest of Tal Prihar in the following property are forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1):

   a. Virtual Currency Accounts:
   1. OKCoin (corporate account in the name of Wwwcom LTD);
   2. Kraken (individual account in the name of Tal Prihar);
   3. Binance account under the control of Tal Prihar;
   4. All virtual currency including private keys, recovery seeds, and/or passwords under the control of Tal Prihar;

   b. Bank Accounts:
   1. TBC Bank in Georgia, account numbers GE69 TBXXXXXXXXXX X000 05; GE17 TBXXXXXX XXXX XXXXX000 26; and GE94 TBXX XXXX XXXX X000 01 (all in the name of Tal Prihar);

   c. Other:
   1. The DeepDotweb.com (DDW) Domain and the contents of the DDW server or site;
   2. One Asus model X510U laptop computer, S/N J8N0B600084932B with charger and USB cable, and
   3. One black Apple iPhone in black case, with charger.

2. This Order of Forfeiture against Tal Prihar will be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

                                                                        */s/ Nanetta F. Ambrose*
                                                                         United States District Court Judge