IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 19-115-DWA |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| TAL PRIHAR, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO CONTINUE SENTENCING HEARING AND DEADLINES**

Defendant, Tal Prihar ("Defendant"), by and through undersigned counsel, hereby files this Consent Motion for Continuance of Sentencing Hearing and Deadlines, stating as follows:

1. On March 31, 2021, Defendant pleaded guilty to Count 1 of the Indictment at Criminal No. 19-115-1 in this matter. (ECF Doc. 47.)

2. Defendant's Sentencing Hearing is currently scheduled for August 2, 2021, at 10:00 AM.

3. Sentencing memoranda, motions for upward/downward departures, and a joint status report are due in advance of the Sentencing Hearing.

4. Counsel for the parties have been communicating and anticipate continuing discussions concerning the Sentencing Hearing.

5. Given the complex nature of the international data and issues implicated in the sentencing process, undersigned counsel requests additional time to prepare pre-sentence filings, seek to resolve any issues with the U.S. Attorney's Office, and otherwise prepare for the hearing.

1

2

6. For these reasons, Defendant respectfully requests a continuance of the Sentencing Hearing and associated deadlines of seventy-five (75) days until a day on or after October 18, 2021 that suits the convenience of the Court.

7. Assistant United States Attorney Smolar consents to this request.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant this Consent Motion for Continuance of Sentencing Hearing and Deadlines and enter the proposed Order attached hereto.

Dated: June 30, 2021

                                              Respectfully Submitted,

                                              */s/ Michael A. Comber*
                                              Michael A. Comber
                                              PA ID No. 81951
                                              Reisinger Comber & Miller, LLC
                                              436 Seventh Avenue
                                              Pittsburgh, PA  15219-1827
                                              (412) 894-1380
                                              mcomber@reisingercomber.com

cc: All ECF Registered Counsel of Record