IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) Criminal No. 19-115-1 |
| v. | ) ) |
| TAL PRIHAR, | ) ) |
| Defendant. | ) ) ) |

**POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes Defendant Tal Prihar, by and through his attorneys Michael Comber and Wesley Gorman, Esquires, and the law firm of Reisinger Comber & Miller, LLC, and, pursuant to Fed R. Crim. P. 32(f), U.S.S.G. § 6A1.2(b), Local Criminal Rule 32C4, and the Court's Presentence Order (ECF 47), respectfully submits this Position With Respect To Sentencing Factors.

**I.   Objections to the PSIR**

Mr. Prihar has no objections to the Presentence Investigation Report. (ECF 53.)

**II.  Grounds for Departures or Variances From the Advisory Guideline Sentencing Range**

Mr. Prihar may seek downward departures and/or may also seek a downward variance under 18 U.S.C. § 3553(a), relying in part on the nature and circumstances of the offense and the history and characteristics of the defendant. The grounds will be more fully set forth in Mr. Prihar's Sentencing Memorandum.

**III.   Certification**

Defense counsel conferred with government counsel and the United States Probation Office.

Dated:  July 6, 2021                                    Respectfully submitted,

_[signature]_

Michael A. Comber, Esquire
PA ID No. 81951
S. Wesley Gorman
PA ID No. 325565
Reisinger Comber & Miller, LLC
436 Seventh Avenue
Pittsburgh, PA  15219-1827
(412) 894-1380
wgorman@reisingercomber.com