# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TAL PRIHAR, )<br>)<br>    Defendant. ) | Criminal No. 19-115-DWA<br>ELECTRONICALLY FILED |

### JOINT MOTION TO CONTINUE SENTENCING HEARING AND DEADLINES

Defendant, Tal Prihar ("Defendant"), by and through undersigned counsel, hereby files this Joint Motion for Continuance of Sentencing Hearing and Deadlines, stating as follows:

1. On March 31, 2021, Defendant pleaded guilty to Count 1 of the Indictment at Criminal No. 19-115-1 in this matter. (ECF Doc. 47.)

2. Defendant's Sentencing Hearing was originally scheduled for August 2, 2021, at 10:00 AM, and was continued to October 20, 2021 by Consent Motion for Continuance (ECF Doc. 55) and Order of Court. (ECF Doc. 56).

3. Due to the upcoming trial obligations of both lead counsel for the United States of America, counsel for the parties have agreed to request that this Honorable Court continue the sentencing hearing currently scheduled for October 20, 2021.

4. For these reasons, Defendant respectfully requests a continuance of the Sentencing Hearing and associated deadlines for three weeks until a day on or after November 15, 2021 that suits the convenience of the Court.

5. AUSA Smolar and DOJ Trial Attorney Pelker join in this request.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant this Consent Motion for Continuance of Sentencing Hearing and Deadlines and enter the proposed Order attached hereto.

Dated:  October 8, 2021

Respectfully Submitted,

*/s/ Michael A. Comber*
Michael A. Comber
PA ID No. 81951
Reisinger Comber & Miller, LLC
436 Seventh Avenue
Pittsburgh, PA  15219-1827
(412) 894-1380
mcomber@reisingercomber.com

cc:    All ECF Registered Counsel of Record