**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 19-115-DWA |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| TAL PRIHAR, | ) | |
| | ) | |
| Defendant. | ) | |

### [Proposed] ORDER OF COURT

And now, this  11th day of  October     , 2021, upon due consideration of the instant

Consent Motion for Continuance of Sentencing Hearing and Deadlines, Defendant's Sentencing

Hearing shall be continued to December 2, 2021 at 11:30 a.m..

SO ORDERED this  11th day of  October  , 2021.

_Donetta F. Ambrose_
Honorable Donetta W. Ambrose
United States District Judge

cc: All ECF registered counsel of record