IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 19-115-DWA |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| TAL PRIHAR, | ) | |
| | ) | |
| Defendant. | ) | |

### [Proposed] ORDER OF COURT

And now, this ___ day of November 2021, upon due consideration of the instant Consent Motion for Continuance of Sentencing Hearing and Deadlines, Defendant's Sentencing Hearing shall be continued to _____.

    SO ORDERED this ____ day of November, 2021.

_____
Honorable Donetta W. Ambrose
United States District Judge

cc: All ECF registered counsel of record