# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 19-115-DWA |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| TAL PRIHAR, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER OF COURT</u>

And now, this 23rd day of November 2021, upon due consideration of the instant Consent Motion for Continuance of Sentencing Hearing and Deadlines, the Motion is GRANTED, and Defendant's Sentencing Hearing shall be continued to January 25, 2022 at 9:00 a.m.

SO ORDERED this 23rd day of November, 2021.

_Donetta F. Ambrose_

Honorable Donetta W. Ambrose
United States District Judge

cc: All ECF registered counsel of record