IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 19-115-DWA |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| TAL PRIHAR, | ) | |
| | ) | |
| Defendant. | ) | |

**[Proposed] ORDER OF COURT**

And now, this ___ day of _____, 2021, upon due consideration of the instant Motion to Conduct Sentencing Hearing By Videoconference, and upon the request and consent of the Defendant, the Court finds and concludes that, for the reasons stated in the Motion, the Sentencing Hearing in this case cannot be further delayed without substantial harm to the interests of justice. Therefore, Defendant's Sentencing Hearing shall be conducted via videoconference and will occur as previously scheduled on January 25, 2022, at 9:00 AM. The instructions to connect to the sentencing hearing by video will be distributed via email to all counsel of record prior to the hearing. The Court has made arrangements with the detention center for the defendant to appear by video.

SO ORDERED this ____ day of _____, 2020.

_____
Honorable Donetta W. Ambrose
United States District Judge

cc: All ECF registered counsel of record