# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| vs. | ) No. ___19-115___ ) |
| TAL PRIHAR | ) ) ) |
| Defendant. | ) |

**TYPE OF CONFERENCE/HEARING:**   Sentencing

Before Judge Ambrose

| Jessica Lieber Smolar | Michael Comber    & Stephen Gorman |
|---|---|
| Appear for USA | Appear for Defendant |

Hearing begun: 1/25/22 8:55 a.m.
Hearing concluded: 1/25/22   10:55 a.m.
Stenographer:  Barb Loch
Clerk: Carolyn Allen

Interpreter: Ruth Kohn

Witnesses:
(1) Rabbi Shlomo Goldfarb
(2) Micha Prihar
(3) Mor Prihar

Interpreter sworn.
Defendant sworn and testified.

Defendant sentenced on Count 1.

Judgment Order to follow.