# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                                               )   CRIM. NO. 19-115<br>TAL PRIHAR                                )  | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Administrative Order 20-mc-466, this Court finds:

__X__ For specific reasons that the proceeding(s) cannot be further delayed without serious harm to the interests of justice; and

as set forth in the record.

__X__ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

__X__ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

_____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

_____ Other:

Date: 1/25/2022

/s/Donetta W. Ambrose
United States District Judge