IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:19cr115 |
| TAL PRIHAR | |

## MOTION FOR FINAL ORDER OF FORFEITURE

AND NOW comes the United States of America by and through its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania and Lee J. Karl, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1. By Order dated April 28, 2021, and Judgment dated January 25, 2022, all right, title, and interest of Tal Prihar in the following property, further described by asset identification numbers 19-FBI-004276, 19-FBI-005706, 21-FBI-005252, and 21-FBI-011238, were forfeited to the United States (the Subject Property):

   a. The DeepDotweb.com (DDW) Domain and the contents of the DDW server or site;

   b. $2,968.40 in United States currency from Kraken Account XXXX XXXX XXXX UC71;

   c. Miscellaneous electronics, including: an Apple iPhone in black "case mate" case, and ASUS X510U laptop with charger and USB cable, bearing serial number J8N0B600084932B; and

   d. 6.25437 Bitcoin from Kraken Account XXXX XXXX XXXX UC71.

2. The United States subsequently began ancillary forfeiture proceedings and provided notice of the forfeiture of the Subject Property so that third party interests could be adjudicated.

3. The United States advertised notice of this forfeiture proceeding via the government's forfeiture website. The United States filed a Declaration of Publication detailing the notice, the website, and dates of advertising.

4. No claims have been filed regarding the Subject Property, and the time to file claims has expired.

5. Accordingly, the United States is entitled to forfeiture of the Subject Property free and clear of all right, title, and interest of any person or entity, including, without limitation, Tal Prihar.

WHEREFORE, the United States respectfully requests that this Honorable Court enter a final Order forfeiting the Subject Property to the United States free and clear of all right, title, and interest of any person or entity, pursuant to 18 U.S.C. § 982(a)(1), including, without limitation, Tal Prihar.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ Lee J. Karl*
LEE J. KARL
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7488
(412)644-2644 (fax)
lee.karl@usdoj.gov
PA ID No. 87856 (AFF)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States' Motion for Final Order of Forfeiture has been served through the electronic filing system this 20th day of April, 2023, upon the following:

Michael A. Comber, Esquire
mcomber@reisingercomber.com

Stephen Wesley Gorman, Esquire
wgorman@reisingercomber.com

/s/ Lee J. Karl
LEE J. KARL
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7488
(412)644-2644 (fax)
lee.karl@usdoj.gov
PA ID No. 87856 (AFF)