IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:19cr115 |
| TAL PRIHAR | |

## FINAL ORDER OF FORFEITURE

AND NOW, this **21** day of **April**, 2023, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the following property, further described by asset identification numbers 19-FBI-004276, 19-FBI-005706, 21-FBI-005252, and 21-FBI-011238, is hereby forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1), free and clear of all right, title, and interest of any person or entity, including, without limitation, Tal Prihar:

    a.    The DeepDotweb.com (DDW) Domain and the contents of the DDW server or site;

    b.    $2,968.40 in United States currency from Kraken Account XXXX XXXX XXXX UC71;

    c.    Miscellaneous electronics, including: an Apple iPhone in black "case mate" case, and ASUS X510U laptop with charger and USB cable, bearing serial number J8N0B600084932B; and

    d.    6.25437 Bitcoin from Kraken Account XXXX XXXX XXXX UC71.

_____
United States District Court Judge