**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:19cr115 |
| DEFENDANT<br>Tal Prihar | TYPE OF PROCESS<br>Deposit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEE BELOW
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**RECEIVED**
By U.S. MARSHALS PGH, PA at 1:44 pm, May 02, 2023

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LEE J. KARL, ASSISTANT U.S. ATTORNEY
JOSEPH F. WEIS, JR. U.S. COURTHOUSE
700 GRANT ST., SUITE 4000
PITTSBURGH, PA 15219

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the Final Order of Forfeiture dated April 21, 2023 please deposit the seized currency into the Asset Forfeiture Fund in accordance with Federal forfeiture law.

Signature of Attorney other Originator requesting service on behalf of:
**Lee Karl**  Digitally signed by Lee Karl
Date: 2023.05.02 13:16:42 -04'00'

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 412-894-7488
DATE: 5/2/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 068 | District to Serve No. 068 | Signature of Authorized USMS Deputy or Clerk | Date 05/02/2023 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 05/02/2023   Time: [ ] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

CATS No. 19-FBI-005706/ (DAA)

05/02/2023 Deposited $2,968.40 into AFF

PID: 068-2:2019-CR-00115-1

**FILED**
MAY 04 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Form USM-285
Rev. 03/21