

TAL PRIHAR
#12911-509
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

CLERK OF THE COURT
UNITED STATES COURTHOUSE
700 GRANT STREET, ROOM 3110
PITTSBURGH, PA 15219-1906

LEGAL MAIL

CLEARED X-RAY SCREENING